```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 11407
    ERIN N JONES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5083


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 06/26/2007 and was confirmed 08/30/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/29/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG       .00             .00           .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE       .00             .00           .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED           .00           .00
WELLS FARGO HOME MORTGAG NOTICE ONLY     NOT FILED           .00           .00
GLEN ARBOR IN PARK FORES SECURED           4083.35           .00        1408.01
KENNETH J DONKEL          NOTICE ONLY    NOT FILED           .00           .00
UNITED AUTO CREDIT CORP   SECURED VEHIC   7500.00         698.24        2553.89
CREDITORS COLLECTION BUR UNSECURED       NOT FILED           .00           .00
FIRST PREMIER BANK        UNSECURED      NOT FILED           .00           .00
NICOR GAS                 UNSECURED         634.25           .00           .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED           .00           .00
MEDICAL COLLECTION        UNSECURED      NOT FILED           .00           .00
SBC                       UNSECURED      NOT FILED           .00           .00
SPRINT-NEXTEL CORP        UNSECURED         351.98           .00           .00
UNITED AUTO CREDIT        NOTICE ONLY    NOT FILED           .00           .00
ACCOUNT RECOVERY SERVICE UNSECURED       NOT FILED           .00           .00
VILLAGE OF PARK FOREST    UNSECURED          888.00          .00           .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED           .00           .00
GLEN ARBOR IN PARK FORES UNSECURED       NOT FILED           .00           .00
UNITED AUTO CREDIT CORP   UNSECURED         1008.89          .00           .00
US BANK NATIONAL          NOTICE ONLY    NOT FILED           .00           .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY     3,480.00                     1,504.78
TOM VAUGHN                TRUSTEE                                        480.29
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 6,645.21

PRIORITY                                            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11407 ERIN N JONES
```

```
SECURED                                                       3,961.90
    INTEREST                                                    698.24
UNSECURED                                                          .00
ADMINISTRATIVE                                                1,504.78
TRUSTEE COMPENSATION                                            480.29
DEBTOR REFUND                                                      .00
                                    ---------------     ---------------
TOTALS                                     6,645.21            6,645.21
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```